FIRST NAT. BANK OF PLAINFIELD, Appellant, v. CARRINGTON et al., Respondents.

(Supreme Court, General Term, First Department.    October 13, 1893.)

Action by the First National Bank of Plainfield against Augustus B. Carrington and others.

Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.

H. Y. Stillman, for appellant.

C. B. Pierce, for respondent Carrington.

C. C. Keeler, for respondent Darrah.

Judgment reversed and new trial ordered, with costs to the appellant to abide event.    Opinion by VAN BRUNT, P. J., withheld from publication by direction of the court.

---

KUHN, Respondent, v. NEW YORK EL. R. CO. et al., Appellants.

(Supreme Court, General Term, First Department.    January 12, 1894.)

Action by Lucy H. Kuhn against the New York Elevated Railroad Company and another.

Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.

R. L. Maynard, for appellants.

E. W. Tyler, for respondent.

PER CURIAM.    All the questions, except one of fact, raised upon this appeal, seem to have been passed upon by the court of last resort; and, although those decisions are not entirely harmonious, we do not think there has been any departure from the rules laid down by those adjudications, and, upon the consideration of the evidence, we see no reason for interfering with the conclusions as to the damage sustained by the premises in question of the learned court below.    The gravamen of the argument upon the part of the counsel for the defendant seems to be that no property in the city of New York would ever have increased in value had it not been for the existence of the elevated railroads, and that they are the beneficent authors of all the prosperity which has blessed our city.    We do not think that the evidence in this case requires us to consider this proposition.    The judgment should be affirmed, with costs.

---

PEOPLE ex rel. STANDARD GASLIGHT CO., Respondent, v. DALY, Commissioner, Appellant.

(Supreme Court, General Term, First Department.    January 12, 1894.)

Application by the Standard Gaslight Company for a writ of mandamus to Michael T. Daly, as commissioner of public works.

Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.

Theodore Connoly, for appellant.

Almon Goodwin, for respondent.

PER CURIAM.    The order granting a peremptory writ of mandamus, requiring the commissioner of public works to forthwith award and grant permits to the Standard Gaslight Company to open certain streets, for the purpose of laying mains and making main connections, was in accordance with a previous decision of the court.    67 Hun, 323, 22 N. Y. Supp. 271. Since the granting of the order appealed from, that decision has been affirmed.    35 N. E. 205.    The order should be affirmed, with $50 costs and printing disbursements.